393 A.2d 668

ESTATE of Moses L. ANNENBERG, also known as M. L. Annenberg, Deceased (two cases).

Appeal of Pamela Enid NUSBAUM.

Appeal of Stephen Anthony SIMON.

Supreme Court of Pennsylvania.

Argued Nov. 16, 1978.

Decided Nov. 17, 1978.

Philip A. Bregy, Cuthbert H. Latta, Drinker, Biddle & Reath, Philadelphia, for appellant at No. 17 and appellee at No. 18.

William White, Martin A. Heckscher, Virginia K. Scott, Duane, Morris & Heckscher, Philadelphia, for appellant at No. 18 and appellee at No. 17.

John J. Lombard, Jr., Obermayer, Rebmann, Maxwell & Hippel, Minturn T. Wright, III, Saul Levit, H. Ober Hess, Edmund L. Harvey, Jr., Ballard, Spahr, Andrews & Ingersoll, Benjamin R. Jones, John R. Latourette, Jr., William H. Henrich, Jr., Dilworth, Paxson, Kalish, Levy & Kauffman, Philadelphia, for appellees at Nos. 17 and 18.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

The motion to dismiss the appeals is granted. Each party pay own costs.

LARSEN, J., filed a dissenting opinion.

ROBERTS and MANDERINO, JJ., dissent and would reverse the decree of the court below and dismiss the Petition for Declaratory Judgment.

292

LARSEN, Justice, dissenting.

I dissent; the appellants' appeal should not be dismissed. Appellees are *clearly* not entitled to a Declaratory Judgment because any such judgment would be advisory. Advisory opinions are not within the purview of the Declaratory Judgment Act; hence, the lower court would have no jurisdiction to act.